IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-CR-110 |
| | ) | |
| OLIVER LOPEZ | ) | |

**O R D E R**

The government's motion to dismiss as to defendant Oliver Lopez [doc. 1154] is **GRANTED** for the reasons provided therein. Pursuant to Federal Rule of Criminal Procedure 48(a), the indictment in this case is **DISMISSED** without prejudice as to defendant Oliver Lopez only.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge